**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| LORI ARLENE JONES, | ) | No. EDCV 07-1623 CW |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: October 29, 2008

```
            _____/S/_____
                CARLA M. WOEHRLE
            United States Magistrate Judge
```